# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain, Room #319
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

November 30, 2006

Honorable Jimm Larry Hendren
Chief U.S. District Judge
U.S. Courthouse
P.O. Box 6420
Fayetteville, Arkansas 72701

        **RE:**    **Walden, Melissa**
                  **Case #5:01CR50015-001**
                  **VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. On November 20, 2001, Ms. Walden was sentenced by the court, for False Statements, to (5) year's probation, $6,176 restitution, and $100 special assessment. The offender's term of supervision commenced on November 20, 2001. She has been under the supervision of the Fayetteville probation office since the onset of her case. I have failed to report the status of Ms. Walden's case prior to the expiration date of November 19, 2006, and there is no excuse for this action.

Ms. Walden has paid to the best of her ability and responded to all directives by this office. Her restitution is ordered paid to the Social Security Administration. As of this date, Ms. Walden owes $5,261.00 toward the restitution and has paid the special assessment fee.

It is anticipated the U.S. Attorney's Office has a lien in place on remaining assets and may pursue collection for up to twenty (20) years after the expiration of the defendant's term of supervision. Accordingly, it is respectfully recommended Ms. Walden's case be allowed to expire as scheduled without court intervention and with the U.S. Attorney's Office to continue collection of the remaining restitution. Should your honor require further information, please advise.

Sincerely,

William E. Dunn Jr.
Supervising U.S. Probation Officer

Page 2 - Violation Report
      Walden, Melissa
      Dkt. #5:01CR50015-001

✓ Pursue Course of Action as Stated

___ Other _____

_____  12/8/06
Honorable Jimm Larry Hendren      Date
Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 0 8 2006

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK